Earnest YOUNG *v.* STATE of Arkansas

CR 96-632 923 S.W.2d 871

Supreme Court of Arkansas
Opinion delivered June 17, 1996

*Robert F. Morehead*, for appellant.

No response.

PER CURIAM. Appellant Earnest Young, by his attorney, has filed for a rule on the clerk.

His attorney Robert F. Morehead, admits that the failure to file the record in time was due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964. A copy of this opinion will be forwarded to the Committee on Professional Conduct.